

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00292-CR

## IN RE ERIC G. ANDIKA

_____

## Original Proceeding

## MEMORANDUM OPINION

Relator, Eric G. Andika, by Petition for Writ of Mandamus, requests this Court to compel a trial court judge from Wichita County to rule on various motions by Andika. Andika also presented an application to proceed as indigent.

We have no jurisdiction of Wichita County district judges. *See* TEX. GOV'T CODE ANN. § 22.201(k) (West Supp. 2012).

Andika's petition is dismissed for want of jurisdiction. All other relief requested is, likewise, dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed August 16, 2012
Do not publish
[OT06]